**THE WEISS LAW GROUP, LLC**
Brett Weiss, A404420
6404 Ivy Lane, Suite 650
Greenbelt, Maryland 20770
Telephone:   (301) 924-4400
Facsimile:    (240) 627-4186
brett@BankruptcyLawMaryland.com

*Counsel to the Debtor and Debtor in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| In re:<br><br>**METS, LLC,**<br><br>     *Debtor.* | Case No. 21-10214 NVA<br><br>Chapter 11 |
|---|---|
| **WITHDRAWAL OF CHAPTER 11 PLAN** ||

**NOW COMES** the Debtor, by and through above stated counsel, and hereby withdraws the Chapter 11 Plan previously filed at Docket No. 59. As there have changes to the source of funding of the Plan and its timing, a new Plan will be filed shortly.

Date: January 10, 2022                                       Respectfully Submitted,

                                                                                  THE WEISS LAW GROUP, LLC

                                                                                  By:         /s/ Brett Weiss        
                                                                                        BRETT WEISS, #02980

## CERTIFICATE OF SERVICE

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 10th day of January, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

Monique Desiree Almy     malmy@crowell.com

Katherine A. (UST) Levin    Katherine.A.Levin@usdoj.gov
James C. Olson    jolson@jamesolsonattorney.com
Hunter C. Piel    hpiel@piellawfirm.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.

**I hereby further certify** that on the 10th day of January, 2022, a copy of the above pleading was also mailed first class mail, postage prepaid, and emailed or faxed, to:

20 Largest Unsecured Creditors:

| | |
|---|---|
| Anne Arundel County<br>Office of Finance<br>441 Calvert Street<br>Annapolis, MD 21401 | Apex Financial Services, LLC<br>2 Reservoir Circle Suite 100<br>Baltimore, MD 21208 |
| Anne Arundel County<br>Office of Finance<br>441 Calvert Street<br>Annapolis, MD 21401 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 |

       /s/ Brett Weiss
BRETT WEISS