Entered: July 11th, 2022
Signed: July 8th, 2022
**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>**METS, LLC,**<br><br>*Debtor.* | Case No. 21-10214 NVA<br><br>Chapter 11 (SBRA) |

**ORDER GRANTING APPLICATION FOR COMPENSATION
IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

**UPON CONSIDERATION** of the Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application"), after due and proper notice and any objection thereto, this Court, having considered the Application, hereby makes the following Findings of Fact and Conclusions of Law:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 330.

2. On March 11, 2021 at Docket No. 27, the Court entered an Order authorizing the employment of The Weiss Law Group, LLC and Brett Weiss as Counsel for the Debtor.

3. Counsel has performed necessary and valuable professional services for the Debtor.

4. The Application seeks approval of compensation in the amount of $57,380.40 in fees and $371.81 for expenses for a total of $57,752.21 for the period August 31, 2020 to May 27, 2022. A detailed description of the professional services rendered, including time expended and the dates rendered, was attached to the Application.

5. The compensation requested in the Application is reasonable and the relief requested is appropriate pursuant to 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

Based upon the foregoing findings of fact and conclusions of law, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that The Weiss Law Group, LLC is hereby awarded, pursuant to 11 U.S.C. § 503(b)(2), compensation for fees in the amount of $57,380.40 and expenses in the amount of $371.81, for a total of $57,752.21; and it is further

**ORDERED** that this award shall constitute an allowed administrative expense in these proceedings, which may be paid immediately upon approval of the Application from funds currently held in trust by Applicant, and directly by the Debtor as to any balance.

Copies to: Debtor
Debtor's Counsel
U.S. Trustee
Subchapter V Trustee
All Creditors

END OF ORDER