Entered: October 17th, 2022
Signed: October 14th, 2022

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: 21-10214-NVA   Chapter: 11

**METS, LLC**
Debtor

### ORDER OF DISCHARGE
### (CONSENSUAL PLAN CONFIRMATION)

A consensual plan having been confirmed in this case under 11 U.S.C. § 1191(a), it is hereby

ORDERED, that a discharge under 11 U.S.C. § 1141(d)(1) is granted to METS, LLC.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Brett Weiss
      Subchapter V Trustee – Monique Almy
      U.S. Trustee

**End of Order**