Brett Weiss (#02980)
The Weiss Law Group, LLC
8843 Greenbelt Road, Suite 299
Greenbelt, Maryland 20770
301-924-4400 Phone
240-627-4186 Fax
lawyer@brettweiss.com

*Attorney for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re:<br><br>**METS, LLC,**<br><br>   *Debtor.* | Case No. 21-10214 NVA<br><br>Chapter 11 (SBRA) |

**APPLICATION FOR COMPENSATION OF ACCOUNTANT**
**IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11[1]**

  **NOW COMES** the Debtor, and hereby requests entry of an order approving compensation and reimbursement of expenses incurred on behalf of the Debtor by Richard Colman and DCC Accounting Services, Inc. ("Accountant") in this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). By this Application, Debtor requests that the Court allow an administrative claim for fees of **$11,650.00** and expenses of **$0.00.** Debtor submits this application pursuant to §§ 330 and 503 of the Bankruptcy Code, and states as follows:

  1.  Date petition filed: **January 12, 2021**

  2.  Date plan confirmed: **June 22, 2022** (Docket No. 122)

---

[1] Use of this short form fee application was authorized for this case by the Court's Initial Scheduling Order in this case entered on January 15, 2021 at Docket No. 9. If an objection to the Application is filed, Applicant shall file a supplemental memorandum within fourteen days that addresses in greater detail the factual and legal issues raised in the objection.

3. The Court authorized employment of Accountant by an Order entered in this case on **March 18, 2021** (Docket No. 32).

4. Fees and expenses previously approved:

    a. Fees: **$0.00**

    b. Expenses: **$0.00**

5. Fees and expenses received to date:

    a. Fees: **$0.00**

    b. Expenses: **$0.00**

6. Time period covered by this Application: **March 18, 2021** to **June 15, 2022**

7. Fees requested in this Application: **$11,650.00**

8. Total hours in this Application: **N/A – Flat fees for services**

9. Total expenses in this Application: **$0.00**

10. Total fees and expenses requested: **$11,650.00**

11. A brief billing statement is attached as Exhibit A.

12. Brief description of services: Accountant served as Debtor's accountant as detailed in the attached time records.

13. Accountant hereby affirms to the Court that the fees and expenses requested by this Application are (i) for actual, reasonable, and necessary services rendered by Accountant, and (ii) are based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals.

14. Applicant submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974) (as adopted by the Fourth Circuit in *Barber v. Kimbrells, Inc.,* 577 F.2d 216, 226 (4th Cir. 1978)).

15. No agreement or understanding exists between the Accountant and any other person for the division or sharing of the compensation or expenses that are the subject of this Application.

THE WEISS LAW GROUP, LLC
8843 GREENBELT RD. #299
GREENBELT, MD 20770
(301) 924–4400

**WHEREFORE,** Debtor and Accountant pray that the Court enter an Order approving the compensation and reimbursement of expenses as sought in this Application as an allowed administrative expense priority claim.

SO STATED:


\_\_\_/s/ Richard Colman_____
Richard Colman


Date: December 29, 2022                                             Respectfully Submitted,

                                                                                            THE WEISS LAW GROUP, LLC


                                                                                            By: _____/s/ Brett Weiss_____
                                                                                                    BRETT WEISS

### CERTIFICATE OF SERVICE

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 29th day of December, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

Monique Desiree Almy malmy@crowell.com
Nikita Rajendra Joshi Nikita.Joshi@bww-law.com
Katherine A. (UST) Levin Katherine.A.Levin@usdoj.gov
James C. Olson jolson@jamesolsonattorney.com
Hunter C. Piel hpiel@piellawfirm.com
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 29th day of December, 2022, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

20 Largest Unsecured Creditors:

Anne Arundel County Office of Law
Attn: Margaret V. Dall'Acqua
2660 Riva Road 4th Floor
Annapolis, MD 21401-7180

Apex Financial Services, LLC,
2 Reservoir Circle Suite 100
Baltimore, MD 21208-6395

Bank of America

PO Box 982238  
El Paso, TX 79998-2238

Internal Revenue Service  
Centralized Insolvency Operations  
PO Box 7346  
Philadelphia 19101-7346

Meta Townsend  
136 Clarence Avenue  
Severna Park, MD 21146-1604

Scott B. Wheat  
502 Washington Ave., Suite 730  
Towson, MD 21204-4525

Richard Colman  
2 Reservoir Circle Suite 100  
Baltimore, MD 21208-6395

and to:

METS, LLC  
136 Clarence Avenue  
Severna Park, Maryland 21146

/s/ Brett Weiss  
BRETT WEISS

THE WEISS LAW GROUP, LLC  
8843 GREENBELT RD. #299  
GREENBELT, MD 20770  
(301) 924–4400

– 4 –